IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ZANAIB MALIK<br>3544 Split Rail Lane<br>Ellicott City, Maryland 21042 | * <br> * | |
| *Plaintiff,* | * | Case No.:  1:22-cv-03356 |
| v. | * | |
| CENTENNIAL MEDICAL GROUP, LLC<br>8186 Lark Brown Road<br>Elkridge, Maryland 21075 | *<br><br>* | |
| SERVE ON: RESIDENT AGENT<br>Steven Geller, M.D.<br>9501 Old Annapolis Road, Suite 200<br>Ellicott City MD 21042 | *<br><br>*<br><br>* | |
| CENTENNIAL MEDICAL GROUP, PA<br>8186 Lark Brown Road<br>Elkridge, Maryland 21075 | <br>*<br><br>* | **JURY TRIAL DEMAND** |
| SERVE ON: RESIDENT AGENT<br>Ramsay Whitworth<br>400 E. Pratt Street<br>Baltimore, MD 21202 | <br>*<br><br>* | |
| PREMIER MEDICAL MANAGEMENT, LLC<br>5005 Signal Bell Lane, Suite 200<br>Clarksville, MD 21029 | <br><br>* | |
| SERVE ON: RESIDENT AGENT<br>Ramsay Whitworth<br>400 E. Pratt Street<br>Baltimore, MD 21202 | *<br><br>*<br><br>* | |
| FIRST CALL URGENT CARE, LLC.<br>5005 Signal Bell Lane, Suite 200<br>Clarksville, MD 21029 | <br>*<br><br>* | |
| SERVE ON: RESIDENT AGENT<br>Ramsay Whitworth<br>400 E. Pratt Street<br>Baltimore, MD 21202 | *<br><br>* | |

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

1

MEGAN QUINN, in her individual and    \*
official capacities
5005 Signal Bell Lane, Suite 200    \*
Clarksville, MD 21029
   \*
   *Defendants.*
\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## COMPLAINT

NOW COMES Plaintiff Zanaib Malik (hereinafter "Plaintiff"), by and through her counsel, Tiffani S. Collins, Esquire and Collins Legal Group, LLC and hereby files this Complaint for damages against Defendants Centennial Medical Group, LLC, Centennial Medical Group, P.A., Premier Medical Management, LLC, First Call Urgent Care and Megan Quinn (hereinafter "Defendants" collectively) and in support alleges:

## NATURE OF THE CASE

1. This is an action for an award of damages, declaratory and injunctive relief, attorneys 'fees and other relief, to redress Defendants' unlawful employment practices against Plaintiff, including its discriminatory treatment and harassment of Plaintiff due to her race, its unlawful retaliation against and wrongful discharge of Plaintiff after she complained about unlawful discrimination in the workplace.

2. This action arises under Title of the Civil Rights Act of 1964, 42 U.S.C. §2000(e), <u>etseq</u>., as amended by the Civil Rights Act of 1991, at 42 U.S.C. §1981(a) ("Title VII") and the Maryland Fair Employment Practices Act, <u>etseq</u>.

## JURISDICTION AND VENUE

3. This court has jurisdiction over the claims in this complaint under 28 U.S.C. §§1331 and 1343(a).

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

4. The venue in this court is proper under 28 U.S.C. §1391(a) because a substantial part of the events and or omission giving rise to this action, including the unlawful employment practices alleged herein, occurred in this district.

## ADMINISTRATIVE PROCEDURES

5. Prior to the filing of this Complaint, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC"), alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. ("Title VII"). Plaintiff's EEOC charge arises out of many of the same facts alleged herein that pertain to her Section 1981 retaliation.

6. All conditions precedent to the institution of this suit have been fulfilled and Plaintiff has satisfied all jurisdictional prerequisites to the maintenance of this action.

7. On September 30, 2022, a Notice of Right to Sue was issued by the United States Equal Employment Opportunity Commission and this action has been filed within ninety (90) days of receipt of said notice.

## PARTIES

8. At all times relevant herein, Plaintiff is and was a resident of Howard County, Maryland and was employed by the Defendants as an "employee" within the meaning of applicable law.

9. Defendant Centennial Medical Group, LLC (hereinafter "Centennial LLC") is a limited liability company registered in Maryland with a principal place of business in Howard County, Maryland.

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

10. Defendant Centennial Medical Group, PA (hereinafter "Centennial PA") is a professional association registered in Maryland with a principal place of business in Howard County, Maryland.

11. Defendant Premier Medical Management, LLC (hereinafter "Premier Medical") is a limited liability company registered in Maryland with a principal place of business in Howard County, Maryland.

12. Defendant First Call Urgent Care, LLC (hereinafter "First Call") is a limited liability company registered in Maryland with a principal place of business in Howard County, Maryland.

13. Defendant Megan Quin is the Office manager for Defendants and resides in Maryland. At all times relevant hereto, Defendant Quinn directly participated in the discriminatory and otherwise unlawful employment decisions and actions taken against Plaintiff and was a "covered employer" and/or an "aider" or "abettor" under all relevant statutes.

## FACTUAL ALLEGATIONS RELATED TO ALL CLAIMS

14. Plaintiff is a south Asian woman of color and former employee of the Defendants.

15. Plaintiff was employed by Defendants from October 2020 until she was wrongfully terminated in May of 2021.

16. Plaintiff was hired by Defendants for the position of medical assistant in their Elkridge office located in Howard County, Maryland.

17. As a medical assistant, Plaintiff was responsible for day-to-day administrative duties, preparing patients and assisting the doctors employed by the Defendants.

18. After being hired, Plaintiff was provided with a company handbook identified Centennial LLC, Centennial PA, Premier Medical and First Call as her joint employers.

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

19. This handbook provided a procedure for employees to report harassment and discrimination.

20. Plaintiff's direct supervisor was Defendant Megan Quinn.

21. Defendant Quinn is also employed by Defendants Centennial LLS, Centennial PA, Premier Medical and First Call as a supervisor.

22. Defendant Quinn was acting as an employee, agent and representative of Defendants Centennial LLS, Centennial PA, Premier Medical and First Call in her supervision of Plaintiff.

23. While working under Defendant Quinn, Plaintiff was subject to a pattern of inappropriate comments, disproportionate scrutiny of her work, discriminatory standards and expectations and derogatory comments regarding her race, color and the race and color of other similar employees by Defendant Quinn.

24. This desperate treatment, harassment and discrimination by Defendant was frequent and unrelenting.

25. Plaintiff was frequently singled out by Defendant Quinn and subjected to higher expectations than her white coworkers in comparable positions.

26. In addition, Plaintiff, and other coworkers of color, were denied schedule flexibility during the COVID pandemic, while white coworkers were granted similar flexibility to play sports.

27. Throughout her employment, Plaintiff's work product and job performance were unjustly overly scrutinized and demeaned by Defendant Quinn.

28. In addition, Defendant Quinn regularly and openly used historically, racially charged adjectives and terms to describe employees of color and their job performance.

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

29. Plaintiff and other employees of color were often publicly criticized, berated and spoken to in demeaning and unprofessional tones by Defendants' white office manager Defendant Quinn.

30. Defendants' white employees were not subjected to such acts.

31. Through constant harassment, Defendants, their employees, agents and or representatives repeatedly subjected Plaintiff to race and color-based discrimination and created a hostile work environment for Plaintiff.

32. This discrimination included unwarranted disciplinary actions, harassment and public berating in front of coworkers.

33. Plaintiff complied with all internal policies and procedures outlined in the handbook regarding the reporting of harassment and discrimination in the workplace when she reported Defendant Quinn's discrimination and harassment to Defendants' Director of operations.

34. However, Defendants took no action and made no effort to investigate and or resolve Plaintiff's complaints.

35. After reporting the harassment and discrimination, Defendant Quinn retaliated by escalated their discriminatory and harassing acts toward Plaintiff.

36. Defendant's human resources officer directed Plaintiff not to meet with Defendant Quinn alone.

37. As a direct act of retaliation, Plaintiff's employment was abruptly terminated by Defendants.

38. As a result of the discrimination, harassments, retaliation and wrongful termination Plaintiff has suffered severe physical, psychological and emotional injuries and incurred significant monetary losses.

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

## COUNT I: RACE AND COLOR DISCRIMINATION
(Violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §1981)

Plaintiff fully incorporates and asserts the allegations contained in the previous paragraphs as if fully restated herein.

39. Defendants have discriminated against Plaintiff in violation of the Maryland Fair Employment Practices Act by subjecting her to discrimination, harassment and disparate treatment because of her race and color.

40. As a direct and proximate result of the Defendants' unlawful discriminatory conduct in violation of the Maryland Fair Employment Practices Ac, Plaintiff has suffered and continues to suffer financial and economic damages as well as severe mental anguish and emotional distress, including but not limited to, depression, humiliation, embarrassment, stress and anxiety, loss of self-esteem and self-confidence, and emotional pain and suffering.

41. Defendants' unlawful discriminatory conduct constitutes a willful and wanton violation of the Maryland Fair Employment Practices Act, was outrageous and malicious, was intended to injure Plaintiff, and was done with reckless indifference to Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages

## COUNT II: RACE AND COLOR DISCRIMINATION
(Violation of Maryland Fair Employment Practices Act)

Plaintiff fully incorporates and asserts the allegations contained in the previous paragraphs as if fully restated herein.

42. Defendants have discriminated against Plaintiff in violation of the Maryland Fair Employment Practices Act by subjecting her to discrimination, harassment and disparate treatment because of her race and color.

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

43. As a direct and proximate result of the Defendants' unlawful discriminatory conduct in violation of the Maryland Fair Employment Practices Ac, Plaintiff has suffered and continues to suffer financial and economic damages as well as severe mental anguish and emotional distress, including but not limited to, depression, humiliation, embarrassment, stress and anxiety, loss of self-esteem and self-confidence, and emotional pain and suffering.

44. Defendants' unlawful discriminatory conduct constitutes a willful and wanton violation of the Maryland Fair Employment Practices Act, was outrageous and malicious, was intended to injure Plaintiff, and was done with reckless indifference to Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages.

### COUNT III: RETALIATION
### (Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §1981)

Plaintiff fully incorporates and asserts the allegations contained in the previous paragraphs as if fully set forth herein

45. Defendant have violated Section 1981 by subjecting Plaintiff to retaliation for her protected complaints and opposition to Quinn's harassment, discriminatory comments and treatment based on her race and color.

46. As a direct and proximate result of Defendants' harassment, discrimination and unlawful treatment, Plaintiff has suffered and continues to suffer monetary and/or economic damages, including, but not limited to, loss of past and future income, compensation and benefits for which she is entitled to an award of monetary damages and other relief.

47. As a direct and proximate result of Defendants' unlawful retaliatory conduct in violation of Section 1981, Plaintiff has suffered and continues to suffer severe mental anguish and emotional distress, including, but not limited to, depression, humiliation, embarrassment, stress

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

and anxiety, loss of self-esteem and self-confidence, and emotional pain and suffering for which she is entitled to an award of monetary damages and other relief.

48. Defendants' unlawful retaliatory conduct constitutes a willful and wanton violation of Section 1981, was outrageous and malicious, was intended to injure Plaintiff, and was done with conscious disregard of Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages.

## COUNT III: RETALIATION
### (Violation of the Maryland Fair Employment Practices Act)

Plaintiff fully incorporates and asserts the allegations contained in the previous paragraphs as if fully set forth herein

49. Defendant have violated the Maryland Fair Employment Practices Act by subjecting Plaintiff to retaliation for her protected complaints and opposition to Quinn's harassment, discriminatory comments and treatment based on her race and color.

50. As a direct and proximate result of Defendants' harassment, discrimination and unlawful treatment, Plaintiff has suffered and continues to suffer monetary and/or economic damages, including, but not limited to, loss of past and future income, compensation and benefits for which she is entitled to an award of monetary damages and other relief.

51. As a direct and proximate result of Defendants' unlawful retaliatory conduct in violation of the Maryland Fair Employment Practices Act, Plaintiff has suffered and continues to suffer severe mental anguish and emotional distress, including, but not limited to, depression, humiliation, embarrassment, stress and anxiety, loss of self-esteem and self-confidence, and emotional pain and suffering for which she is entitled to an award of monetary damages and other relief.

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

52. Defendants' unlawful retaliatory conduct constitutes a willful and wanton violation of the Maryland Fair Employment Practices Act, was outrageous and malicious, was intended to injure Plaintiff, and was done with conscious disregard of Plaintiff's civil rights, entitling Plaintiff to an award of punitive damages.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that this Honorable Court enter judgment in her favor and against Defendants, containing the following relief:

A. A declaratory judgment that the actions, conduct and practices of Defendants complained of herein violate the laws of the United States and the State of Maryland;

B. An order directing Defendants to take such affirmative action as is necessary to ensure that the effects of these unlawful employment practices and other unlawful conduct are eliminated;

C. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all monetary and/or economic damages, including, but not limited to, the loss of past and future income, wages, compensation, job security and other benefits of employment;

D. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all non-monetary and/or compensatory damages, including, but not limited to, compensation for her severe mental anguish and emotional distress, humiliation, depression, embarrassment, stress and anxiety, loss of self-esteem, self-confidence and personal dignity, and emotional pain and suffering and any other physical or mental injuries;

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

E. An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for harm to her professional and personal reputation and loss of career fulfillment;

F. An award of damages for any and all other monetary and/or non-monetary losses suffered by Plaintiff in an amount to be determined at trial, plus prejudgment interest;

G. An award of punitive damages;

H. An award of costs that Plaintiff has incurred in this action, as well as Plaintiff's reasonable attorneys' fees to the fullest extent permitted by law; and

I. Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues of fact and damages state herein.

Dated: December 28, 2022

Respectfully submitted,
COLLINS LEGAL GROUP, LLC

_____
Tiffani S. Collins, Esquire
CPF No.: 0812180179
20 S. Charles Street, Suite 901
Baltimore, Maryland 21201
O: (410) 462-4529
F: (410) 995-7200
tiffani@tcollinslaw.com
*Counsel for Plaintiff*

COLLINS LEGAL GROUP
20 S. Charles Street
Suite 901
Baltimore, MD 21201
O: (410) 462-4529
F: (410) 995-7200

11